FILED
SUPERIOR COURT
GUAM

2019 JUL 31 PM 5:03

CLERK OF COURT
By:_____

## IN THE SUPERIOR COURT OF GUAM

| | | |
|---|---|---|
| CHRISTOPHER BO HEON LEE, | ) | Small Claims Case No. SD0372-19 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **DECISION AND ORDER** |
| TOKIO MARINE PACIFIC | ) | **SETTING HEARING ON DAMAGES** |
| INSURANCE, LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the court on July 19 2019

On May 1, 2019 Plaintiff a small claims case alleging that his car was hit by someone who insured by defendant Tokio Marine Pacific Insurance, LTD. Plaintiff further alleges that the claim was submitted to the Department of Revenue and Taxation seeking payment and no payment has been received. Summons and complaint were delivered to Defendant on June 13, 2019 . (Affidavit of Service, by Deputy Marshal Matthew A. Topasna.)  A hearing was set for June 17, 2019. Tokio Marine Pacific did not appear and the Magistrate ordered a Default Judgment . The Default Judgment and entry of default was never signed by the Clerk. On June 26 2019, the Defendant filed a Request to continue the Appearance Date pursuant to MR 5.1.19. Defendant's answer was filed July 15 2019 admitting liability but denies the amount of damages claimed by the Plaintiff.  It should be noted that the damages in this case are not a sum certain and therefore a hearing on damages is required.

A Default Judgment as opposed to an Entry of Default can only be entered by the clerk if it

1

is based upon a sum certain which means that it is a sum that can be made by calculation as in liquidated damages or contract damages Rule 55 (b) (1). That is not the case here. The damages from a car accident must be proved through the presentation of evidence to the court. Rather that make the defendant file a motion to vacate the default judgment in this case, the court will vacate the default judgment it because this case is not one for a sum certain. A hearing on damages is set for _____AUG 2 3 2019____@ 9:30 am_____

        IT IS SO ORDERED this __31 day of July, 2019.

                                      **HONORABLE MARIA G. FITZPATRICK**
                                      **Referee, Superior Court of Guam**

**Received for Service**
_____M
_____20_____
**Marshal, Superior Court Guam**

**SERVICE VIA COURT BOX**
I acknowledge that a copy of the Original hereto was placed in the court box of:

R. Thompson

Date: 8/1/19 Time: 8:20 AM

Deputy Clerk, Superior Court of Guam

2